Slip Op. 21-85

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **FASTENAL COMPANY PURCHASING,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES,**<br><br>    **Defendant,**<br><br>    and<br><br>**MID CONTINENT STEEL & WIRE, INC.,**<br><br>    **Defendant-Intervenor.** | **Before: Gary S. Katzmann, Judge**<br>**Court No. 17-00269** |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand in Fastenal Co. Purchasing v. United States, (Dep't Commerce Feb. 10, 2021) ECF No. 43 ("Remand Results"), which the United States Department of Commerce filed in response to the court's Order, Nov. 12, 2021, ECF No. 41. In their Comments on Final Results of Redetermination, Mar. 12, 2021, ECF Nos. 45, 46, Plaintiff and Defendant-Intervenor each requested that the court sustain Commerce's determination on remand that Fastenal's zinc and nylon anchors do not fall within the scope of Commerce's antidumping order on certain steel nails from China, Notice of Antidumping Duty Order: Certain Steel Nails from the People's Republic of China, 73 Fed. Reg. 44,961 (Dep't Commerce Aug. 1, 2008). Defendant, in its Response to Comments on Remand Results, Apr. 12, 2021, ECF No. 47, also requested that the court sustain the Remand Results. Because Commerce's Remand Results comply with the court's Order, are supported by substantial

evidence, and are otherwise in accordance with law, and having received no objections to the Order or the Remand Results, it is hereby

    **ORDERED**, **ADJUDGED**, and **DECREED** that the Remand Results are **SUSTAINED**.

                                      */s/    Gary S. Katzmann*
                                      Gary S. Katzmann, Judge

Dated:  July 12, 2021
        New York, New York